# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schoelen, Mary J. | U.S. Court of Appeals for Veterans Claims | 10/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

625 Indiana Avenue N.W., Ste 900
Washington, D.C. 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Milken Institute - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Income Stock Fund (Roth IRA) | A | Dividend | J | T | | | | | |
| 2. Fidelity Spartan Intl Index Fund (403(b)) | A | Dividend | J | T | | | | | |
| 3. Fidelity Spartan 500 Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Vanguard Institutional Index Fund (403(b)) | C | Dividend | M | T | | | | | |
| 5. Vanguard Developed Markets Index Fund (403(b)) | B | Dividend | K | T | | | | | |
| 6. Vanguard Institutional Index Fund (401(a)) | C | Dividend | M | T | | | | | |
| 7. Vanguard Developed Markets Index Fund (401(a)) | B | Dividend | K | T | | | | | |
| 8. TIAA Traditional Fund (403(b)) | | None | J | T | | | | | |
| 9. CREF Equity Index Fund (403(b)) | | None | K | T | | | | | |
| 10. TIAA/CREF International Equity Index (403(b)) | A | Dividend | J | T | | | | | |
| 11. TIAA/CREF S&P 500 Index (403(b)) | A | Dividend | K | T | | | | | |
| 12. TIAA Real Estate Fund (403(b)) | | None | J | T | | | | | |
| 13. Mass Mutual S&P 500 Index Fd(Nrthrn Tr) (403(b)) | | None | J | T | Buy | 05/29/15 | J | | |
| 14. | | | | | | | | | |
| 15. FIDELITY BROKERAGE ACCT | | | | | | | | | |
| 16. Fluor Corp Common Stock (FLR) | A | Dividend | | | Sold | 08/03/15 | J | C | |
| 17. iShares EAFE Index exchange traded fund (EFA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. S&P 500 Depository Recipt exchange traded fund (SPY) | B | Dividend | L | T | | | | | |
| 19. Berkshire Hathaway Inc Class B Common Stock (BRKB) | | None | K | T | | | | | |
| 20. Fidelity Spartan 500 Index Mutual Fund (FUSVX ) | B | Dividend | K | T | | | | | |
| 21. Fidelity Total Bond Fund (FTBFX) | A | Dividend | J | T | Buy | 03/16/15 | J | | |
| 22. | | | | | | | | | |
| 23. VANGUARD MUTUAL FUND ACCT | | | | | | | | | |
| 24. Developed Markets Idx Inv (VDVIX) | | None | | | Buy | 02/24/15 | J | | |
| 25. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 26. | | | | | Sold | 03/19/15 | J | | |
| 27. Total Stock Mkt Idx Inv (VTSMX) | A | Dividend | | | Buy | 02/24/15 | J | | |
| 28. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 29. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 30. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 31. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 32. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 33. | | | | | Sold | 05/18/15 | J | | |
| 34. Total Stock Mkt Idx Adm (VTSAX) | A | Dividend | K | T | Buy | 05/18/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/19/15 | J | | |
| 36. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 37. | | | | | Buy (add'l) | 05/16/15 | J | | |
| 38. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 39. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 40. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 42. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 43. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 44. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 45. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 46. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 48. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 49. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 50. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 51. | | | | | Buy (add'l) | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. MERRILL EDGE BROKERAGE ACCT | | | | | | | | | |
| 54. T Rowe Price Extended (PEXMX) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 55. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 56. T Rowe Price Total (POMIX) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 57. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 58. | | | | | | | | | |
| 59. BANK ACCOUNTS | | | | | | | | | |
| 60. Bank of America - Money Market Savings Acct | A | Interest | J | T | | | | | |
| 61. Bank of America - Regular Savings Acct | A | Interest | J | T | | | | | |
| 62. Bank of America - Platinum Money Market Savings Acct | A | Interest | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. U.S. TREASURY-DIRECT ACCOUNTS | | | | | | | | | |
| 65. Series I Savings Bonds (MJS ownership) | A | Interest | J | T | | | | | |
| 66. Series I Savings Bonds (BTS ownership) | A | Interest | J | T | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 4 and 6: The "Vanguard S&P 500 Index Fund" I declared in previous years was renamed to the "Vanguard Institutional Index Fund" when servicing of my spouse's University of Pittsburgh retirement account was transferred from Vanguard to TIAA-CREF in Feb. 2015.

Part VII, lines 65-66: Both I and my spouse purchased U.S. Savings Bonds (Series I) in 2014. As these bonds are keyed to an individual's Social Security Number, we have divided the bonds into "MJS ownership" (myself) and "BTS Ownership" (my spouse).

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 10/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary J. Schoelen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544